UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.  ROOM 2042
NEWARK, NJ 07102
973-645-3827

Not for Publication

LETTER OPINION AND ORDER

August 30, 2010

VIA CM/ECF
All Counsel of Record

Re: Wheeler v. City of Jersey City, et al.
Civil Action No. 08-682 (SRC)

Dear Counsel:

This matter comes before the Court by way of Plaintiff's motion to compel production of the file entitled *Sarfraz v. City of Jersey City*, Civil Action No. 02-5422 (WGB) (hereinafter "*Sarfraz*"). (Doc. No. 54.) The City of Jersey City, Police Officers Eric Infantes and James Crecco and the Jersey City Police Department (collectively "Defendants"), oppose Plaintiff's motion. (Doc. No. 56.)

The Court conducted numerous telephone status conferences in this case to address discovery issues, including Plaintiff's requests for files. Prior to each status conference, the Court required the parties to e-file correspondence which raised all outstanding discovery issues. The Court then carefully considered the issues. The Court permitted extensive relevant discovery and limited certain requests. Importantly, the Court specifically addressed the issue of the *Sarfraz* file and determined that Plaintiff was not entitled to the file. While the Court granted Plaintiff permission to file a formal motion to compel, the Court noted that it already addressed the issue of files that were to be turned over at previous status conferences with the parties.

Significantly, the Court extended fact discovery in order for Plaintiff to complete the review of the *Anglin* file, one of the files the Court permitted Plaintiff to obtain in response to a discovery dispute. However, extensions for additional discovery can not continue indefinitely. Thus, the Court finds that it is in the best interests of all parties and judicial economy to move this case forward. Fact discovery is closed and the parties must complete expert discovery and prepare this case for trial.

    Therefore, it is **ORDERED** that Plaintiff's motion to compel production of the *Sarfraz* file is denied.

s/ Michael A. Shipp
**HONORABLE MICHAEL A. SHIPP**
**United States Magistrate Judge**